IN RE. EMERSONS LTD. OF WAYNE, INC.

June 26, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. O. C. JESSIE.

June 26, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH G. SZIMA.

June 26, 1975. Petition for certification granted. (See 133 *N. J. Super.* 469)

STATE OF NEW JERSEY v. EDWARD O'BOYLE.

June 26, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. RONALD COLEMAN DAVIS.

June 26, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. BENJAMIN WOJIE.

June 26, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN W. FREEMAN.

June 26, 1975. Petition for certification denied.